**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.: 6:24-bk-06936-TPG** |
| | **CHAPTER 11** |
| **BIGRITRANS, INCORPORATED,** | |
| | *Subchapter V Election* |
| Debtor. | |
| _____/ | |

| | |
|---|---|
| **In re:** | **CASE NO.: 6:24-bk-06938-TPG** |
| | **CHAPTER 11** |
| **GA EXPRESSTRANS, LLC,** | |
| | *Subchapter V Election* |
| Debtor. | |
| _____/ | |

**JOINT MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES FOR PLAN AND CONFIRMATION PURPOSES**

**BIGRITRANS, INCORPORATED** ("BigRi"), the above-captioned debtor, which is a related debtor and co-obligor on certain obligations also attributable to **GA EXPRESSTRANS, LLC** ("GA")[1] (collectively referred to herein as the "**Debtors**" – where appropriate) files this motion pursuant to 11 U.S.C. § 105(a) and Local Rule 1015-1 for the joint administration of its Chapter 11 case with that of BigRi in order to facilitate and streamline the plan and confirmation process ("Motion"). In support of the Motion, the Debtors state as follows:

**Background and Facts Supporting Joint Administration**

1.  On December 20, 2024, Debtors filed their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division (Case Nos: 6:24-bk-06938-TPG (GA) and 6:24-bk-

---

[1] Another debtor-in-possession in the Chapter 11 case pending before the Honorable Judge Tiffany P. Geyer.

06936-TPG (BigRi). The Debtors both operated as freight-hauling companies prior to the Petition Date and shared common management and debt obligations associated with their operations. Specifically, an obligation owed to Equify Financing, LLC and Lou Kirk Enterprises.

2. Debtors believe joint administration of the Debtors' cases will avoid duplicate filings and service of numerous pleadings pertaining to the Debtors and their joint debt obligations and will ease the administrative burden on the Court as the Debtors anticipate filing a joint plan of reorganization and motions to address certain security interests. Debtors also believe administering the above-captioned bankruptcy cases jointly will streamline the confirmation process and avoid inconsistent rulings between two cases involving related debtors.

### Relief Requested

3. With this Motion, the Debtors seek, pursuant to Local Rule 1015-1 and the Court's equitable powers, the joint administration of their Chapter 11 cases in the lead case of *In re: BigRitrans Incorporated* (Case No: 6:24-bk-06936-TPG) in order to facilitate the plan and confirmation process and avoid inconsistent rulings between two related cases.

4. Additionally, because this is **not** a motion for the substantive consolidation of the Debtors' estates, the rights of parties-in-interest will not be prejudiced by the proposed joint administration of these cases for the limited purpose of the plan and confirmation process, as each creditor may still file its claim against a particular estate. In fact, the interests of all creditors will be furthered by the reduction in costs resulting from joint administration.

5. Accordingly, the Debtors submit that joint administration of the Debtors' cases for the purpose of facilitating the plan and confirmation process is in their best interests, as well as those of their respective estates, creditors, and other parties in interest.

**WHEREFORE**, the Debtors respectfully request entry of an order jointly administering the Debtors' Chapter 11 cases in the lead case of BigRi (Case No. 6:24-bk-06936-TPG), and granting such other and further relief as this Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 6th day of February 2025.

> /s/ Daniel A. Velasquez
> Daniel A. Velasquez, Esq.
> Florida Bar No. 0098158
> dvelasquez@lathamluna.com
> **LATHAM, LUNA, EDEN & BEAUDINE, LLP**
> Bknotice1@lathamluna.com
> 201 S. Orange Ave., Suite 1400
> Orlando, Florida 32801
> Telephone: (407) 481-5800
> Facsimile: (407) 481-5801
> *Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:24-bk-06936-TPG** |
| | **CHAPTER 11** |
| **BIGRITRANS, INCORPORATED** | |
| | *Subchapter V Election* |
| Debtor. | |
| _____/ | |

| | |
|---|---|
| **In re:** | **CASE NO.: 6:24-bk-06938-TPG** |
| | **CHAPTER 11** |
| **GA EXPRESSTRANS, LLC,** | |
| | *Subchapter V Election* |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **JOINT MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES FOR PLAN AND CONFIRMATION PURPOSES**, together with all exhibits, has been furnished either electronically or by U.S. First Class Mail to: **Bigritrans, Incorporated**, 1751 Hobbs Road, Auburndale, Florida 33823, GA Expresstrans, LLC, 29374 Juniper Moss Circle, Orlando, Florida 32832;, Subchapter V Trustee (Bigritrans), L. Todd Budgen, PO Box 520546, Longwood, Florida 32752; GA Expresstrans, LLC, 9374 Juniper Moss Circle, Orlando, Fl 32832; parties entitled to receive electronic noticing via CM/ECF; the creditors as shown on the matrix attached to the original of this pleading filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 6th day of February 2025.

                                                                       /s/ Daniel A. Velasquez
                                                                       Daniel A. Velasquez, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-06936-TPG<br>Middle District of Florida<br>Orlando<br>Thu Feb  6 13:12:33 EST 2025 | Bigritrans, Inc.<br>1751 Hobbs Road<br>Auburndale, FL 33823 | Adriatic Insurance Company<br>c/o Law Offices of Michael Brehn<br>230 N Westmonte Drive<br>Suite 1000<br>Altamonte Springs, FL 32714-3327 |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | BMO Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 |
| BMO Bank NA<br>300 E. John Carpenter Freeway<br>Irving, TX 75062-2370 | Bank of America<br>PO Box 15284<br>Orlando, FL 32836-3732 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Business Adv Unlimited<br>PO Box 981535<br>El Paso, TX 79998-1535 | Crossroads Equipment Lease &<br>Finance LLC<br>9385 Haven Ave.<br>Camilla, GA 31730 | (p)MITSUBISHI HC CAPITAL AMERICA  INC<br>1 PIERCE PLACE SUITE 1100 WEST<br>ITASCA IL 60143-3149 |
| Equify Financial, LLC<br>777 Main Street<br>Ste 3900<br>Fort Worth, TX 76102-5343 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GA Expresstrans, LLC<br>9374 Juniper Moss Circle<br>Orlando, FL 32832-6298 |
| Grigore Bivol<br>9374 Juniper Moss Circle<br>Orlando, FL 32832-6298 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Keystone Equipment Finance Corp.<br>433 New Park Avenue, West<br>West Hartford, CT 06110-1141 |
| Lou Kirk Enterprises<br>2450 N Narcoossee Road<br>Saint Cloud, FL 34771-8734 | Mitsubishi HC Capital America, Inc.<br>c/o Bradley J. Anderson, Esq.<br>P.O. Box 3000<br>Orlando, FL 32802-3000 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| QuickBooks<br>2700 Coast Avenue<br>Mountain View, CA 94043-1140 | R & C Global Group, Inc<br>4605 Aurantia Road<br>Mims, FL 32754-4602 | R&C Global Group, Inc<br>c/o Pollack & Pollack Law<br>300 Wilshire Blvd. Ste 209<br>Casselberry, FL 32707-5369 |
| R&C Global Group, Inc<br>c/o Pollack & Pollack Law<br>512 Eastbridge Drive<br>Oviedo, FL 32765-8486 | Roman Cataraga<br>12060 Meadow Bend Loop<br>Orlando, FL 32821-7024 | Shoreline Carpet Supplies<br>Gulf Coast, Inc<br>c/o Jeff Bluestein, Esq<br>3003 Tamiami Trail N, Ste 200<br>Naples, FL 34103-2768 |
| TMS One<br>555 Plate Drive, Suite 10<br>E Dundee, IL 60118-2465 | Tami Jo Diamond<br>Kurt E Vragel, Jr. PC<br>1704 E Lake Avenue, Ste 170<br>Glenview, IL 60025-2085 | Transportation Alliance Bank<br>4185 Harris Blvd..<br>Ogden, UT 84403 |

| | | |
|---|---|---|
| U.S. Small Business Admin<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | U.S. Small Business Administration<br>51 SW 1st Avenue, Suite 201<br>Miami, FL 33130-1608 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Wright Law Group, PLLC<br>3120 Southwest Fwy, Suite 101<br>PMB #84356<br>Houston, TX 77098-4520 | Daniel A Velasquez<br>Latham, Luna, Eden & Beaudine, LLP<br>201 S. Orange Ave., Ste. 1400<br>Orlando, FL 32801-3483 | L. Todd Budgen<br>Budgen Law<br>Post Office Box 520546<br>Longwood, FL 32752-0546 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982234
El Paso, TX 79998-2234

ENGS Commercial Finance Co.
PO Box 71347
Chicago, IL 60694-1347

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MITSUBISHI HC CAPITAL AMERICA, INC. as suc

(d)Lou Kirk Enterprises
2450 N. Narcoossee Road
Saint Cloud, FL 34771-8734

End of Label Matrix
Mailable recipients    35
Bypassed recipients     2
Total                  37