**ORDERED.**

Dated: February 13, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: Bigritrans, Inc., | Case No.: 6:24-bk-06936-TPG |
| | Chapter 11 |
| Debtor. | |
| _____/ | |

**ORDER DENYING MOTION FOR JOINT ADMINISTRATION**

THIS CASE came before the Court on February 6, 2025, on several matters including the Debtor's Motion for Joint Administration (Doc. No. 25). The Court, having heard the argument of parties at the hearing and reviewed the record in this case, finds that the relief requested is not appropriate. Accordingly, it is

**ORDERED:**

1. The Motion for Joint Administration is denied.

2. The cases of Bigritrans, Inc., Case No. 6:24-bk-06936-TPG, and GA Expresstrans LLC, Case No. 6:24-bk-06938-TPG, shall remain separate cases and not be jointly administered.

Service: The Clerk is directed to serve this order on all interested parties.